```
                                            RECEIPT #_____
                                            AMOUNT $    N/A
                 FILED                      SUMMONS ISSUED  N/A
         IN THE UNITED STATES DISTRICT COURT FOR THE LOCAL RULE 4.1____
                  DISTRICT OF MASSACHUSETTS     WAIVER FORM_____
                                                MCF ISSUED_____
                    2004 JUN -4  A 11:09
FIRST FEDERAL SAVINGS BANK                      BY DPTY. CLK.  M
OF AMERICA,              )                      DATE    6-4-04
                         )  DISTRICT COURT
                         )  DISTRICT OF MASS.
        Plaintiff,       )
                         )    Case No.
vs.                      )
                         )
TECH 2000, INC.          )
UNITED STATES OF AMERICA,)    Formerly
JOHN M. KUHLMAN,         )    Case No. BRCV2004-00454-C
EDWARD G. MELLON, and    )    Bristol County Superior Ct.
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office)
Condominium Trust,       )    04cv11213 WGY
                         )
        Defendants.      )           MAGISTRATE JUDGE _____
```

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States has been named as a defendant to the civil action affecting property on which the United States has a lien that is now pending in the Commonwealth of Massachusetts Superior Court for Bristol County, entitled <u>First Federal Savings Bank of America v. Tech 2000, et al.</u>, Case No. BRCV2004-00454-C.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

5. Copies of all pleadings received by the defendant United States are attached hereto.

        MICHAEL J. SULLIVAN
        United States Attorney

        BARBARA HEALY SMITH
        Assistant U.S. Attorney

        */s/ Stephen J. Turanchik*
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6565
        stephen.j.turanchik@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 4 June 2004

*Barbara Healy Smith*
Assistant U.S. Attorney

Form #42

# COMMONWEALTH OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY
04 MAY -2 PM 3:50

BRISTOL, ss.                                SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                            CIVIL ACTION

[SEAL]                                      No.   BRCV2004-00454-C

First Federal Savings Bank of America, Plaintiff(s)

Tech 2000, Inc.,   v.  The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Office Condominium Trust, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
    PLEASE INDICATE TYPE OF ACTION INVOLVED :—
    TORT — MOTOR VEHICLE TORT — CONTRACT —
    EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: The United States of America, c/o United States Attorney, United States Courthouse, 1 Courthouse Way - Suite 9200, Boston, MA 02210

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C. plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May, in the year of our Lord two thousand and four.

*[signature]*, Esq.
Magistrate

**NOTICE TO DEFENDANT** — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

RECEIVED
U.S. ATTORNEY
04 MAY 12 PM 3: 50

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL, SS. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. |

| | |
|---|---|
| FIRST FEDERAL SAVINGS BANK<br>OF AMERICA,<br>        Plaintiff<br><br>vs.<br><br>TECH 2000, INC., THE UNITED<br>STATES OF AMERICA, and<br>JOHN M. KUHLMANN, EDWARD G. MELLON<br>and PETER J. DIEBEL, AS TRUSTEES<br>OF THE FIVE FIFTY-FIVE OFFICE<br>CONDOMINIUM TRUST<br>        Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT FOR INTERPLEADER

1. The Plaintiff, First Federal Savings Bank of America (the "Bank"), is a banking corporation established under the laws of the United States of America and having a usual place of business at One FirstFed Park, Swansea, Bristol County, Massachusetts.

2. The Defendant, Tech 2000, Inc., upon information and belief, is a Massachusetts corporation formerly having a principal place of business at 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts.

3. The Defendant, The United States of America (the "United States") is named herein as a result of two (2) Notices of Federal Tax Lien filed by the Internal Revenue Service. With respect to the first Notice of Federal Tax Lien (serial number 40073785), the name of the taxpayer set forth therein is "Tech 2000, a Corporation", with a listed address of 555 Pleasant Street, Unit 203, Attleboro, Massachusetts 02703-2424. Said Notice was filed by the New England District Office of the Internal Revenue Service. Said Notice is dated May 31, 2000 and was recorded at the Bristol County, Northern District, Registry of Deeds on June 7, 2000 in Book 8828, Page 342. (A copy of said Notice of Federal Tax Lien is attached hereto as Exhibit "A".) With respect to the second Notice of Federal Tax Lien (serial number 40077795), the name of the taxpayer set forth therein is "Tech 2000, a Corporation", with a listed address of 555 Pleasant Street, Unit 203, Attleboro, Massachusetts 02703-2424. Said Notice was filed by the New

England District Office of the Internal Revenue Service. Said Notice is dated September 12, 2000 and was recorded at the Bristol County, Northern District, Registry of Deeds on October 6, 2000 in Book 9008, Page 27. (A copy of said Notice of Federal Tax Lien is attached hereto as Exhibit "B".)

4. The Defendant, John M. Kuhlmann, is an individual, upon information and belief, having an address of 85 Highbank Road, Franklin, Norfolk County, Massachusetts, and who is, upon information and belief, a Trustee of the Five Fifty-Five Office Condominium Trust, u/d/t dated January 5, 1988 and filed in the Bristol County, Northern District, Registry of Deeds at Book 3670, Page 30.

5. The Defendant, Edward G. Mellon, is an individual, upon information and belief, having an address of 555 Pleasant Street, Attleboro, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

6. The Defendant, Peter J. Diebel, is an individual, upon information and belief, having an address of 6 King Arthur Road, North Easton, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

7. The Plaintiff was the holder of a mortgage covering real property known as 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts (the "mortgage premises") given by the Defendant, Tech 2000, Inc., to the Plaintiff dated September 15, 1999 and recorded with the Bristol County, Northern District, Registry of Deeds, at Book 8473, Page 45.

8. The Plaintiff made entry upon the mortgaged premises and sold the same at a public auction held on March 24, 2004.

9. The Plaintiff sold the mortgaged premises to Arlington Capitol, LLC, for Seventy-Five Thousand Five Hundred ($75,500.00) Dollars, being the highest bid therefore at said auction.

10. After subtracting $46,751.15 due to the Plaintiff for amounts due for principal, interest, late charges, attorneys fees and costs of foreclosure, and after subtracting an additional sum of $23,453.92 due to the Plaintiff for amounts due for principal, interest and late charges pursuant to the Defendant, Tech 2000, Inc.'s second mortgage given to the Plaintiff, dated September 15, 1999 and recorded with the Bristol County Northern District Registry of Deeds at Book 8473, Page 59, there remained a total amount of $5,294.93.

11. The following persons and/or entities the Defendants herein,

appear of record to have an interest in the foreclosure surplus held by the Plaintiff:

a. The Defendant, Tech 2000, Inc.;
b. The Defendant, the United States of America, pursuant to the aforementioned Notices of Federal Tax Lien; and
c. The Defendants, John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Condominium Trust

12. By reason of the conflicting claims of the Defendants, the Plaintiff is in doubt as to which Defendant is entitled to be paid this $5,294.93.

WHEREFORE, the Plaintiff prays:

1. The Defendants, and each of them be ordered to appear and prove their claims, if any, to the surplus held by the Plaintiff.

2. That Plaintiff be permitted to pay the funds held by it, to wit, $5,294.93 less costs, expenses and attorneys fees incurred by the Plaintiff in this action, into the Court for such further order as this Honorable Court deems proper;

3. That the rights of the Defendants named herein to the funds paid into the Court be determined by the Court;

4. That this action be discontinued as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

5. For such other and further relief as this Honorable Court deems meet and just.

Respectfully submitted,
The Plaintiff,
First Federal Savings
Bank of America,
By its attorneys,

WYNN & WYNN, P.C.

Kevin P. McRoy BBO#636501
90 New State Highway
Raynham, MA 02767
Tel. No. (508) 823-4567

DATED: April 30, 2004

-3-

```
                                                          BK   8828 PG 342
                                                          06/07/00 03:05 25274
```

| Form 668 (Y)(c)  214 | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. August 1997) | **Notice of Federal Tax Lien** |

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| NEW ENGLAND | 40073785 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  TECH 2000, a Corporation

Residence  555 PLEASANT ST UNIT 203
           ATTLEBORO, MA 02703-2424

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/1997 | 04-3213113 | 11/30/1998 | 12/30/2008 | 3546.65 |
| 940  | 12/31/1996 | 04-3213113 | 03/24/1997 | 04/23/2007 |  |
| 940  | 12/31/1996 | 04-3213113 | 05/03/1999 | 06/02/2009 | 2901.68 |
| 940  | 12/31/1998 | 04-3213113 | 03/01/1999 | 03/31/2009 | 8465.73 |
| 941  | 09/30/1998 | 04-3213113 | 11/30/1998 | 12/30/2008 | 2781.02 |
| 941  | 12/31/1998 | 04-3213113 | 02/22/1999 | 03/24/2009 | 1592.79 |
| 941  | 06/30/1999 | 04-3213113 | 09/20/1999 | 10/20/2009 | 30718.75 |

Place of Filing
Registry of Deeds
Northern Bristol County
Taunton, MA  02780

Total  $  50006.62

This notice was prepared and signed at  Boston, MA  , on this, the 31st day of May, 2000.

Signature _____   Title  Revenue Officer 04-01-3425
for BEVERLY DEVLIN 04-05024              (508) 559-5222

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - Kept by Recording Office

Form 668 (Y)(c) (Rev. 8-97)
CAT. NO. 60025X

**EXHIBIT**
"A"

BK 9008 PG 27
10/06/00 11:48 46417

Form 668 (Y)(c)
(Rev. October 1999)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**District:** NEW ENGLAND

**Serial Number:** H0077795

**For Optional Use by Recording Office**

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer:** ITCH 2000 + a Corporation

**Residence:** 955 PLEASANT ST UNIT 103
ATTLEBORO, MA 02703-7424

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1999 | 04-3213113 | 06/12/2000 | 07/12/2010 | 2763.45 |
| 941 | 09/30/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 44027.60 |
| 941 | 12/31/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 37074.59 |
| 941 | 03/31/2000 | 04-3213113 | 07/03/2000 | 08/02/2010 | 29534.07 |

**Place of Filing**
Registry of Deeds
Northern Bristol County
Taunton, MA 02780

**Total $** [illegible]

This notice was prepared and signed at Boston, MA, on this,
the 12th day of September, 2000.

**Signature:** for [illegible] 05024

**Title:** Revenue Officer 04-01-3425
(508) 589-5222

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - Kept by Recording Office

Form 668 (Y)(c) (Rev. 10-99)
CAT. NO. 60025X

**EXHIBIT** "B"

| CIVIL ACTION COVER SHEET | DOCKET NO(S) | Trial Court of Massachusetts Superior Court Department County: Bristol |
|---|---|---|

| PLAINTIFF(S) First Federal Savings Bank of America | DEFENDANT(S) Tech 2000, Inc., The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of the Five Fifty-Five Office Condominium Trust |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE  (508) 823-4567 Kevin P. McRoy, Esq., Wynn & Wynn, P.C. 90 New State Highway, Raynham, MA 02767 Board of Bar Overseers number: 636501 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | Interpleader | ( X ) | ( ) Yes  (X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses .......................................................... $............
  2. Total Doctor expenses ........................................................... $............
  3. Total chiropractic expenses ..................................................... $............
  4. Total physical therapy expenses ................................................ $............
  5. Total other expenses (describe) ................................................ $............
      Subtotal $............
B. Documented lost wages and compensation to date ..................................... $............
C. Documented property damages to date ................................................ $............
D. Reasonably anticipated future medical and hospital expenses ......................... $............
E. Reasonably anticipated lost wages .................................................. $............
F. Other documented items of damages (describe)
      $............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

      $............
      TOTAL $............

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

      TOTAL $............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: April 30, 2004

AOTC-6 mtc005-11/99

Commonwealth of Massachusetts
County of Bristol
The Superior Court

MAY 03 2004

CIVIL DOCKET# BRCV2004-00454-C

RE: First Federal Savings Bank of America v Tech 2000, Inc. et al

TO: Kevin P McRoy, Esquire
Wynn & Wynn
90 New State Highway
Raynham, MA 02767

## TRACKING ORDER - X TRACK

You are hereby notified that this case is on the accelerated (X) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 07/29/2004 |
| Response to the complaint filed (also see MRCP 12) | 09/27/2004 |
| Firm trial date set | 10/27/2004 |
| Case disposed | 11/26/2004 |

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session C sitting in CtRm - Main (Taunton) at Bristol Superior Court.

Dated: 04/30/2004

Marc J. Santos
Clerk of the Courts

BY: Valerie A. Brodeur / Philip F. Leddy
Assistant Clerk

Location: CtRm - Main (Taunton)
Telephone: (508) 823-6588

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

JS 44 (N.D. Ohio)

# Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Please refer to the instructions on page 2.

2004 JUN -4  A 11:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

## I. (a) PLAINTIFFS
First Federal Savings Bank of America,

**DEFENDANTS**
TECH 2000, INC., UNITED STATES OF AMERICA, JOHN M. KUHLMAN, EDWARD G. MELLON, and PETER J. SIEBEL, as Trustees of the Five Fifty-Five

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Bristol
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Kevin P. McRoy, Esq. Wynn & Wynn, P.C.
90 New State Highway, Raynham, MA 02767
(508) 823-4567

**ATTORNEYS (IF KNOWN)**
FOR USA: Stephen J. Turanchik, U.S. Dept. of Justice, Tax Division, P.O. Box 55, Ben Franklin Station
Washington, DC 20044 (202) 307-6565

## II. BASIS OF JURISDICTION (PLACE A check IN ONE BOX ONLY)

[ ] 1 U.S. Government Plaintiff
[✓] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Gov't Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE A CHECK IN ONE BOX FOR PLAINTIFF AND IN ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of another State | 2 | 2 | Incorporated and Principal Place of Business in another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE A CHECK IN ONE BOX ONLY)

[ ] 1 Original Proceeding
[✓] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT    Please click on the appropriate nature of suit

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC § 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury— Product Liability | 625 Drug Related Seizure of Property 21 USC § 881 | 423 Withdrawal 28 USC § 157 | 430 Banks & Banking |
| 140 Negotiable Instrument | 320 Assault, Libel, Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates, etc. |
| 150 Overpayment Recovery & Enforcement of Judgment | 330 Federal Employer's Liability | PERSONAL PROPERTY | 640 Railroad & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regulations | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations (Civil RICO) |
| 152 Recovery of Defaulted Student Loans (Excluding Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Vet's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | 690 Other | | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | 875 Customer Challenge 12 USC § 3410 |
| 190 Other Contract | 360 Other Pers. Injury | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Prod. Liability | | | 720 Labor/Management Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| | | | 730 Labor/Management Reporting and Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| | | | 740 Railway Labor Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| | | | 790 Other Labor Litigation | 865 RSI (405(g)) | 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 791 Employees Retirement Income Security Act (ERISA) | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence HABEAS CORPUS: | | 870 Taxes (U.S. Plaintiff or Def.) | 950 Constitutionality of State Statute |
| 220 Foreclosure | 442 Employment | 530 General | | 871 IRS–Third Party 26 USC § 7609 | ● 890 Other Statutory Actions |
| 230 Rent Lease & Ejectm't | 443 Housing/ Accommodations | 535 Death Penalty | | | |
| 240 Torts to Land | 444 Welfare | 540 Mandamus & Other | | | |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | |
| 290 All Other Real Prop. | | 555 Prison Conditions | | | |

## VI. CAUSE OF ACTION
(Cite the U.S. civil statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statute unless this is a diversity action)
Interpleader of Surplus Funds 28 U.S.C. s 2410

## VII. REQUESTED IN COMPLAINT:
[ ] Check if this is a Fed. R. Civ. P. 23 Class Action
DEMAND: $
CHECK YES ONLY IF DEMANDED IN COMPLAINT:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (SEE INSTRUCTIONS)
JUDGE _____    DOCKET NUMBER _____

Date: 6-1-2004
Signature of Attorney of Record: [signature]

**FOR CLERK'S OFFICE USE ONLY**

RECEIPT NO. _____    AMOUNT $ _____    JUDGE _____    MAGISTRATE JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __First Federal Savings Bank of America v. Tech 2000 et al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   __   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT

   X    II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   __   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   __   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   __   V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO X
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO X

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES X   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division X   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO X

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Stephen J. Turanchik, U.S. Dept. of Justice, Tax Division__
ADDRESS __P.O. Box 55, Ben Franklin Station, Washington, DC 20044__
TELEPHONE NO. __(202) 307-6565__

(CategoryForm.wpd - 10/17/02)