IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FIRST FEDERAL SAVINGS BANK )
OF AMERICA, )
 )
      Plaintiff, )
 )  Case No.
vs. )
 )
TECH 2000, INC. )
UNITED STATES OF AMERICA, )  Formerly
JOHN M. KUHLMAN, )  Case No. BRCV2004-00454-C
EDWARD G. MELLON, and )  Bristol County Superior Ct.
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office )
Condominium Trust, )
 )
      Defendants. )

### UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Stephen J. Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

                                        /s/ Stephen J. Turanchik
                                      STEPHEN J. TURANCHIK
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 55
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 307-6565
                                      stephen.j.turanchik@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

4 June 2004
/s/ Barbara Healy Smith
Assistant U.S. Attorney