UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN -4  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST FEDERAL SAVINGS BANK OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TECH 2000, INC.,<br>UNITED STATES OF AMERICA,<br>JOHN M. KUHLMAN,<br>EDWARD G. MELLON, and<br>PETER J. DIEBEL, as Trustees of the<br>Five Fifty-Five Office Condominium Trust,<br><br>  Defendants. | CIVIL ACTION<br>NO.<br><br>04 11... |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America. Attorney Stephen J. Turanchik will remain as lead counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
4 June 2004
_____
Barbara Healy Smith
Assistant U.S. Attorney