IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED

FIRST FEDERAL SAVINGS BANK )
OF AMERICA, )
) 2004 JUN -4 A 11: 09
      Plaintiff, )
) U.S. DISTRICT COURT
) DISTRICT OF MASS.
v. )    Case No.
)
)
TECH 2000, INC., )
UNITED STATES OF AMERICA, )    Formerly
JOHN M. KUHLMAN, )    Case No. BRCV2004-00454-C
EDWARD G. MELLON, and )    Bristol County Superior Ct.
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office )
Condominium Trust, )
)
    Defendants. )  **04** c 1 WGY

UNITED STATES' ANSWER

    The United States of America, through undersigned counsel,
answers the Complaint as follows:

FIRST DEFENSE

    To the extent that the United States exhausts the surplus
funds because of its federal tax liens, the Plaintiff is not
entitled to recover fees and/or costs ahead of the federal tax
liens.

SECOND DEFENSE

    The United States answers the numbered paragraphs of the
Complaint as follows:

1

1. The Plaintiff, First Federal Savings Bank of America (the "Bank"), is a banking corporation established under the laws of the United States of America and having a usual place of business at One FirstFed Park, Swansea, Bristol County, Massachusetts.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 1.


2.   The Defendant, Tech 2000, Inc., upon information and belief, is a Massachusetts corporation formerly having a principal place of business at 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 2.


3.   The Defendant, The United States of America (the "United States") is named herein as a result of two (2) Notices of Federal Tax Lien filed by the Internal Revenue Service.  With respect to the first Notice of Federal Tax Lien (serial number 400073785), the name of the taxpayer set forth therein is "Tech 2000, a a Corporation", with a listed address of 555 Pleasant Street, Unit 203, Attleboro, Massachusetts 02703-2424.  Said Notice was filed by the New England district Office of the Internal Revenue Service.  Said Notice is dated May 31, 2000 and was recorded at the Bristol County, Northern District Registry of deeds on June 7, 2000 in Book 8828, Page 342.  (A cop of said Notice of Federal Tax Lien is attached herto as Exhibit "A".)  With respect to the second Notice of Federal Tax Lien (serial number 40077795), the name of the tax payer set forth therein is "Tech 2000, a Corporation", with a listed address of 555 Pleasant Street, Unit 203, Attleboro, Massachusetts 02703-2424.  Said Notice was filed by the New England District Office of the Internal Revenue Service.  Said Notice is dated September 12, 2000 and was recorded at the Bristol County, Northern district, Registry of Deeds on October 6, 2000 in Book 9008, Page 27.  (A copy of said Notice of Federal Tax Lien is attached hereto as Exhibit "B".)

ANSWER: The United States admits.

4.   The Defendant, John M. Kuhlmann, is an individual, upon information and belief, having an address of 85 Highbank Road, Franklin, Norfolk County, Massachusetts, and who is, upon information and belief, a Trustee of the Five Fifty-Five Office condominium Trust, u/d/t dated January 5, 1988 and filed in the Bristol County, Northern District, Registry of Deeds at Book 3670, Page 30.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 4.

5.   The Defendant, Edward G. Mellon, is an individual, upon information and belief, having an address of 555 Pleasant Street, Attleboro, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 5.

6.   The Defendant, Peter J. Diebel, is an individual, upon information and belief, having an address of 6 King Arthur Road, North Easton, Bristol county, Massachusetts, and who is, upon information and belief, a Trustee of said five fifty-Five Office Condominium Trust.

ANSWER:  The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 6.

7.   The Plaintiff was the holder of a mortgage covering real property known as 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts (the "mortgage premises") given by the Defendant, Tech 200, Inc., to the Plaintiff dated September 15, 1999 and recorded with the Bristol County, Northern District, Registry of Deeds, at Book 8473, Page 45.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 7.

8.    The Plaintiff made entry upon the mortgaged premises
      and sold the sam at a public auction held on March 24,
      2004.

ANSWER:   The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 8.

9. The Plaintiff sold the mortgaged premises to Arlington
Capitol, LLC, for Seventy-Five Thousand Five Hundred ($75,500.00)
Dollars, being the highest bid therefore at said auction.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph 9.

10.   After subtracting $46,751.15 due to the Plaintiff for
amounts due for principal, interest, late charges, attorneys fees
and costs of foreclosure, and after subtracting an additional
fees and costs of foreclosure, and after subtracting an
additional sum of $23,453.92 due to the Plaintiff for amounts due
for principal, interest and late charges pursuant to the
Dfendant, Tech 2000, Inc.'s second Mortgage given to the
Plaintiff, dated September 15, 1999 and recorded with the Bristol
County Northern District Registry of Deeds at Book 8473, Page 59,
there remained a total amount of $5,294.93.

ANSWER: The United States is without information sufficient to

form a belief as to the truth of the allegations in paragraph

11.   The following persons and/or entities the Defendants herein, appear of record to have an interest int eh foreclosure surplus held bu the Plaintiff:

     a.    The Defendant, Tech 2000, Inc.

     b.    The Defendant, the United States of America, pursuant to the aforementioned Notices of Federal Tax Lien; and

     c.    The Defendants, John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustee of the Five Fifty-Five Condominium Trust.

ANSWER: The United States is without information sufficient to form a belief as to the truth of the allegations in paragraphs 11(a) and 11(b), however, the United States avers that it claims an interest in the surplus funds by virtue of Notices of Federal Tax Lien filed with the Bristol County Registry of Deeds.

12.   By reason of the conflicting claims of the Defendants, the Plaintiff is in doubt as to which Defendant is entitled to be paid this $5,294.93.

ANSWER:   The United States is without information sufficient to form a belief as to the truth of the allegations in paragraph 12.

WHEREFORE, the United States prays as follows:

1)    that the Court determine the proper amount of the
      surplus funds, including accrued interest;

2)    that the Court determines the relative priorities of
      the claimants to the surplus funds;

3)    that the Court determine that the Plaintiff fees and
      costs may not reduce the share allocable to the United
      States; and

4)    that the Court order such further relief that the Court
      deems proper.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              BARBARA HEALY SMITH
                              Assistant United States Attorney


                              STEPHEN J. TURANCHIK
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.   20044
                              Telephone: (202) 307-6565
                              stephen.j.turanchik@usdoj.gov


I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

4 June 2004

Barbara Healy Smith
         Assistant U.S. Attorney

6