**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

06/09/2004
02:57 PM

FILED
IN CLERKS OFFICE

**BRCV2004-00454**
**First Federal Savings Bank of America v Tech 2000, Inc. et al**

2004 JUN 10  A 11:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 04/30/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 06/09/2004 | **Session** | C - CtRm Main - (Taunton) | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 07/29/2004 | **Answer** | 09/27/2004 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 10/27/2004 | **Disposition** | 11/26/2004 | **Jury Trial** | No |

## PARTIES

**Plaintiff**
First Federal Savings Bank of America
One FirstFed Park
Swansea, MA 02777
Active 04/30/2004

**Private Counsel 636501**
Kevin P McRoy
Wynn & Wynn
90 New State Highway
Raynham, MA 02767
Phone: 508-823-4567
Fax: 508-822-4097
Active 04/30/2004 Notify

**Defendant**
Tech 2000, Inc.
555 Pleasant Street, Suite 202
Attleboro, MA 02703
Active 06/09/2004

**Defendant**
The United States of America
555 Pleasant Street, Unit 203
Attleboro, MA 02703-2424
Active 06/09/2004

**Defendant**
John M. Kuhlmann
85 Highbank Road
Franklin, MA 02038-2573
Phone: 508-520-4688
Answered: 05/18/2004
Active 06/09/2004 Notify

MAS-20051124
aguiarka

**Commonwealth of Massachusetts**
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

06/09/2004
02:57 PM

## BRCV2004-00454
### First Federal Savings Bank of America v Tech 2000, Inc. et al

| | |
|---|---|
| **Defendant**<br>Edward G. Mellon, Trustee<br>555 Pleasant Street<br>Attleboro, MA 02703<br>Active 06/09/2004 | |
| **Defendant**<br>Peter J. Diebel, Trustee<br>6 King Arthur Road<br>North Easton, MA 02356<br>Active 06/09/2004 | |
| **Defendant**<br>Five Fifty-Five Office Condominium Trust<br>Active 06/09/2004 | |
| **Other interested party**<br>FILE COPY<br>Active 04/30/2004 Notify | |
| **Out-of-state attorney**<br>Michael J. Sullivan, Esquire<br>Ben Franklin Station<br>PO Box 55<br>Washington, DC 20044<br>Phone: 202-307-6565<br>*Represents: Defendant, United States of America.<br>Active 06/07/2004 Notify | |
| **Out-of-state attorney**<br>Stephen J. Turanchik, Esquire<br>Ben Franklin Station<br>PO Box 55<br>Washington, DC 20044<br>Phone: 202-307-6565<br>*Represents: Defendant, United States of America.<br>Active 06/07/2004 Notify | |

ENTRIES

case01 212458 y y y y y y

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
Case Summary
Civil Docket

### BRCV2004-00454
### First Federal Savings Bank of America v Tech 2000, Inc. et al

| Date | Paper | Text |
|------|-------|------|
| 04/30/2004 | 1.0 | Complaint for Interpleader & civil action cover sheet filed |
| 04/30/2004 | | Origin 1, Type E99, Track X. |
| 05/03/2004 | | ONE TRIAL review by Clerk, case properly brought in Superior Court where this is an interpleador action.  PFL |
| 05/18/2004 | 2.0 | ANSWER: John M. Kuhlmann |
| 06/07/2004 | 3.0 | Notice for Removal to the United States District Court filed by The United States of America |
| 06/09/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04CV11213WGY) endorsement thereon |

**EVENTS**

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 04/30/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

#1.

COMMONWEALTH OF MASSACHUSETTS  FILED
IN CLERKS OFFICE

BRISTOL, SS.                    SUPERIOR COURT DEPARTMENT: 07
                               CIVIL ACTION NO. CO4-0454



U.S. DISTRICT COURT
DISTRICT OF MASS.

BRISTOL, SS SUPERIOR COURT
FILED

APR 3 0 2004

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

FIRST FEDERAL SAVINGS BANK       *
OF AMERICA,                      *
            Plaintiff            *
                                 *
        vs.                      *
                                 *
TECH 2000, INC., THE UNITED      *
STATES OF AMERICA, and           *
JOHN M. KUHLMANN, EDWARD G. MELLON *
and PETER J. DIEBEL, AS TRUSTEES  *
OF THE FIVE FIFTY-FIVE OFFICE    *
CONDOMINIUM TRUST                *
            Defendants           *

## COMPLAINT FOR INTERPLEADER

1.    The Plaintiff, First Federal Savings Bank of America (the
      "Bank"), is a banking corporation established under the laws
      of the United States of America and having a usual place of
      business at One FirstFed Park, Swansea, Bristol County,
      Massachusetts.

2.    The Defendant, Tech 2000, Inc., upon information and belief,
      is a Massachusetts corporation formerly having a principal
      place of business at 555 Pleasant Street, Suite 202,
      Attleboro, Bristol County, Massachusetts.

3.    The Defendant, The United States of America (the "United
      States") is named herein as a result of two (2) Notices of
      Federal Tax Lien filed by the Internal Revenue Service. With
      respect to the first Notice of Federal Tax Lien (serial number
      40073785), the name of the taxpayer set forth therein is "Tech
      2000, a Corporation", with a listed address of 555 Pleasant
      Street, Unit 203, Attleboro, Massachusetts 02703-2424. Said
      Notice was filed by the New England District Office of the
      Internal Revenue Service. Said Notice is dated May 31, 2000
      and was recorded at the Bristol County, Northern District,
      Registry of Deeds on June 7, 2000 in Book 8828, Page 342. (A
      copy of said Notice of Federal Tax Lien is attached hereto as
      Exhibit "A".) With respect to the second Notice of Federal Tax
      Lien (serial number 40077795), the name of the taxpayer set
      forth therein is "Tech 2000, a Corporation", with a listed
      address of 555 Pleasant Street, Unit 203, Attleboro,
      Massachusetts 02703-2424. Said Notice was filed by the New

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

England District Office of the Internal Revenue Service. Said Notice is dated September 12, 2000 and was recorded at the Bristol County, Northern District, Registry of Deeds on October 6, 2000 in Book 9008, Page 27. (A copy of said Notice of Federal Tax Lien is attached hereto as Exhibit "B".)

4. The Defendant, John M. Kuhlmann, is an individual, upon information and belief, having an address of 85 Highbank Road, Franklin, Norfolk County, Massachusetts, and who is, upon information and belief, a Trustee of the Five Fifty-Five Office Condominium Trust, u/d/t dated January 5, 1988 and filed in the Bristol County, Northern District, Registry of Deeds at Book 3670, Page 30.

5. The Defendant, Edward G. Mellon, is an individual, upon information and belief, having an address of 555 Pleasant Street, Attleboro, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

6. The Defendant, Peter J. Diebel, is an individual, upon information and belief, having an address of 6 King Arthur Road, North Easton, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

7. The Plaintiff was the holder of a mortgage covering real property known as 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts (the "mortgage premises") given by the Defendant, Tech 2000, Inc., to the Plaintiff dated September 15, 1999 and recorded with the Bristol County, Northern District, Registry of Deeds, at Book 8473, Page 45.

8. The Plaintiff made entry upon the mortgaged premises and sold the same at a public auction held on March 24, 2004.

9. The Plaintiff sold the mortgaged premises to Arlington Capitol, LLC, for Seventy-Five Thousand Five Hundred ($75,500.00) Dollars, being the highest bid therefore at said auction.

10. After subtracting $46,751.15 due to the Plaintiff for amounts due for principal, interest, late charges, attorneys fees and costs of foreclosure, and after subtracting an additional sum of $23,453.92 due to the Plaintiff for amounts due for principal, interest and late charges pursuant to the Defendant, Tech 2000, Inc.'s second mortgage given to the Plaintiff, dated September 15, 1999 and recorded with the Bristol County Northern District Registry of Deeds at Book 8473, Page 59, there remained a total amount of $5,294.93.

11. The following persons and/or entities the Defendants herein,

appear of record to have an interest in the foreclosure surplus held by the Plaintiff:

a.    The Defendant, Tech 2000, Inc.;
b.    The Defendant, the United States of America, pursuant to the aforementioned Notices of Federal Tax Lien; and
c.    The Defendants, John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Condominium Trust

12.  By reason of the conflicting claims of the Defendants, the Plaintiff is in doubt as to which Defendant is entitled to be paid this $5,294.93.

WHEREFORE, the Plaintiff prays:

1.    The Defendants, and each of them be ordered to appear and prove their claims, if any, to the surplus held by the Plaintiff.

2.    That Plaintiff be permitted to pay the funds held by it, to wit, $5,294.93 less costs, expenses and attorneys fees incurred by the Plaintiff in this action, into the Court for such further order as this Honorable Court deems proper;

3.    That the rights of the Defendants named herein to the funds paid into the Court be determined by the Court;

4.    That this action be discontinued as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

5.    For such other and further relief as this Honorable Court deems meet and just.

> Respectfully submitted,
> The Plaintiff,
> First Federal Savings
> Bank of America,
> By its attorneys,
>
> WYNN & WYNN, P.C.
>
> Kevin P. McRoy BBO#636501
> 90 New State Highway
> Raynham, MA  02767
> Tel. No. (508) 823-4567

DATED: April 30, 2004

-3-

⑧

BK  8828 PG 342
06/07/00 03:05 25274

Form 668 (Y)(c)    214
(Rev. August 1997)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| NEW ENGLAND | 40073765 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer    TECH 2000, a Corporation

Residence    555 PLEASANT ST UNIT 203
ATTLEBORO, MA 02703-2424

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/1997 | 04-3213113 | 11/30/1998 | 12/30/2008 | 3546.65 |
| 940 | 12/31/1996 | 04-3213113 | 03/24/1997 | 04/23/2007 | |
| 940 | 12/31/1996 | 04-3213113 | 05/03/1999 | 06/02/2009 | 2901.68 |
| 940 | 12/31/1998 | 04-3213113 | 03/01/1999 | 03/31/2009 | 8465.73 |
| 941 | 09/30/1998 | 04-3213113 | 11/30/1998 | 12/30/2008 | 2781.02 |
| 941 | 12/31/1998 | 04-3213113 | 02/22/1999 | 03/24/2009 | 1592.79 |
| 941 | 06/30/1999 | 04-3213113 | 09/20/1999 | 10/20/2009 | 30718.75 |

| Place of Filing | | |
|---|---|---|
| Registry of Deeds Northern Bristol County Taunton, MA  02780 | Total | $  50006.62 |

This notice was prepared and signed at  Boston, MA _____ , on this,

the  31st  day of  May _____  2000 .

| Signature  ~George Demyan~  for BEVERLY DEVLIN 04-05024 | Title  Revenue Officer 04-01-3425  (508) 559-5222 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - Kept by Recording Office

Form 668 (Y) (c)  (Rev. 8-97)
CAT. NO 60025X


EXHIBIT

1/5

BK   9008 PG   27
10/06/00  11:48  46417

**Form 668 (Y) (c)**
(Rev. October 1999)

**Department of the Treasury - Internal Revenue Service**
# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| N W ENGLAND | 400477795 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** ITEM 2000 , a Corporation

**Residence** 565 PLEASANT ST UNIT 203
ATTLEBORO, MA 02703-3424

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1999 | 04-3213113 | 06/12/2000 | 07/12/2010 | 2963.45 |
| 941 | 09/30/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 44087.60 |
| 941 | 12/31/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 37074.59 |
| 941 | 03/31/2000 | 04-3213113 | 07/03/2000 | 08/02/2010 | 29534.07 |

| Place of Filing | | |
|---|---|---|
| Registry of Deeds Northern Bristol County Taunton, MA 02780 | Total $ | 3929.71 |

This notice was prepared and signed at Boston, MA                          , on this,

the 12th day of September, 2000.

| Signature | Title |
|---|---|
| for [signature] pres 05024 | Revenue Officer 04-01-3425 (508) 589-5222 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - Kept by Recording Office

Form 668 (Y) (c) (Rev. 10-99)
CAT. NO. 60025X



| CIVIL ACTION COVER SHEET | C04-0454 | Trial Court of Massachusetts Superior Court Department County: Bristol |
|---|---|---|

PLAINTIFF(S)

First Federal Savings Bank of America

DEFENDANT(S) Tech 2000, Inc., The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of the Five Fifty-Five Office Condominium Trust

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE  (508) 823-4567
Kevin P. McRoy, Esq., Wynn & Wynn, P.C.
90 New State Highway, Raynham, MA 02767
Board of Bar Overseers number:  636501

ATTORNEY (if known)

BRISTOL, SS SUPERIOR COURT
FILED

APR 3 0 2004

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.          TYPE OF ACTION (specify)     TRACK          IS THIS A JURY CASE?

E99               Interpleader          ( X )        ( ) Yes    (X ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
                                                                          Subtotal $. . . . . . . . . . . . .

B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . Subtotal $. . . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . . .
F. Other documented items of damages (describe)
                                                                                   $. . . . . . . . . . . . .

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                                                   $. . . . . . . . . . . . .
                                                                          TOTAL $. . . . . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

                                                                          TOTAL $. . . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____          DATE: April 30, 2004

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000



**• ATTORNEYS •**

90 New State Highway
Raynham, MA 02767
(508) 823-4567
Fax (508) 822-4097
1 (800) 852-5211
http://www.wynnwynn.com

April 30, 2004

BRISTOL, SS SUPERIOR COURT
FILED

APR 3 0 2004

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

Elizabeth K. Balaschak
William E. Enright, Jr.
Thomas M. Grimmer
Richard A. Martone
Kevin P. McRoy
Robert F. Mills
Charles D. Mulcahy
John J. O'Day, Jr.
Kevin J. O'Malley
Thomas E. Pontes
Michael J. Princi
Rebecca C. Richardson
Janice E. Robbins
William Rosa*
Louis V. Sorgi, Jr.
Dina M. Terceira
Robert Venturo
John A. Walsh
Paul F. Wynn
Thomas J. Wynn

Of Counsel
Hon. Robert L. Steadman (Ret.)
Thomas A. Maddigan
Hon. James F. McGillen, II (Ret.)
Hon. James F. Nixon (Ret.)

Admitted:
*Massachusetts and Rhode Island

Civil Magistrate's Office
Bristol County Superior Court
9 Court Street
Taunton, MA     02780

RE:   First Federal Savings Bank of America
vs.   Tech 2000, Inc., et al. CO4-0454
No.

Dear Sir/Madam:

     Enclosed please find the following:

1.   Complaint for Interpleader;
2.   Civil Action Cover Sheet;
3.   Docket Entry Card; and
4.   Check in the amount of $275.00.

     Kindly file the same and oblige at your earliest
convenience.

                         Very truly yours,

                         WYNN & WYNN, P.C.

                         Kevin P. McRoy

KPM/nar
Enclosures
cc:  John E. Decker, Vice President

#3

COMMONWEALTH OF MASSACHUSETTS

BRISTOL ss.                          SUPERIOR COURT TRIAL DEPARTMENT
                                     CASE No. BRCV2004-00454-C

FIRST FEDERAL SAVINGS BANK   )
OF AMERICA,                  )
                             )
          Plaintiff,         )
                             )
vs.                          )
                             )
TECH 2000, INC.              )
UNITED STATES OF AMERICA,    )
JOHN M. KUHLMAN,             )
EDWARD G. MELLON, and        )
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office)
Condominium Trust,           )
                             )
          Defendants.        )

> BRISTOL, SS SUPERIOR COURT
> FILED
>
> JU - 7 2004
>
> MARC J. SANTOS, ESQ.
> CLERK/MAGISTRATE

## NOTICE OF FILING A NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on ___June 4___, 2004, a

Notice of Removal of the above-titled action was filed with the

Clerk of the United States District Court for the District of

Massachusetts.   The case has been assigned civil action number

**04-11213-WGY**.   The notice was filed by the defendant United States

of America.

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. §1446(d),

the Bristol County Superior Court "shall proceed no further

unless and until the case is remanded."

A copy of the Notice of Removal, without attachments, is

annexed to this Notice.

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

ATRY. FOREGOING DOCUMENT IS A FULL, TRUE
ND CORRECT COPY OF THE ORIGINAL ON FILE
I... CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OF MASS.

# COPY

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

FIRST FEDERAL SAVINGS BANK ) 
OF AMERICA, )

      Plaintiff, )

vs. )

TECH 2000, INC. )
UNITED STATES OF AMERICA, )
JOHN M. KUHLMAN, )
EDWARD G. MELLON, and )
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office )
Condominium Trust, )

      Defendants. )

2004 JUN -4 A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No.

Formerly
Case No. BRCV2004-00454-C
Bristol County Superior Ct.

# 04 CV 11 2 13 WGY

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney,
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, respectfully states as follows:

1.  The United States has been named as a defendant to the
civil action affecting property on which the United States has a
lien that is now pending in the Commonwealth of Massachusetts
Superior Court for Bristol County, entitled <u>First Federal Savings
Bank of America v. Tech 2000, et al.</u>, Case No. BRCV2004-00454-C.

2.  This action is removable to the United States District
Court for the District of Massachusetts, pursuant to 28 U.S.C.
§§1441, 1442 and/or 1444.

3.  No prior removal of this action has been attempted.

4.  The removal of this action is timely under the
provisions of 28 U.S.C. §1446(b).

5.   Copies of all pleadings received by the defendant United States are attached hereto.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                    BARBARA HEALY SMITH
                                    Assistant U.S. Attorney


                                    STEPHEN J. TURANCHIK
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 55
                                    Ben Franklin Station
                                    Washington, D.C.  20044
                                    Telephone: (202) 307-6565
                                    stephen.j.turanchik@usdoj.gov


I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

4 June 2004
Barbara Healy Smith
Assistant U.S. Attorney

Form #42

# COMMONWEALTH OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY
04 MAY 12 PM 3:50

BRISTOL, ss.                              SUPERIOR COURT DEPT. OF THE TRIAL COURT

CIVIL ACTION

[SEAL]                                                          No.  BRCV2004-00454-C

First Federal Savings Bank of America
_____, Plaintiff (s)

Tech 2000, Inc.,    v. The United States of America, and
John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel,
as Trustees of The Five Fifty-Five Office
_____Condominium Trust_____, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
  PLEASE INDICATE TYPE OF ACTION INVOLVED : —
  TORT — MOTOR VEHICLE TORT — CONTRACT —
  EQUITABLE RELIEF — OTHER.)

## SUMMONS

To the Above-Named Defendant: The United States of America, c/o United States
Attorney, United States Courthouse, 1 Courthouse
Way - Suite 9200, Boston, MA 02210
  You are hereby summoned and required to serve upon ....................................................

Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767          ;

an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at ............Taunton.................... either before service upon plaintiff's attorney or within a
reasonable time thereafter.

  Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

  Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the...........10th.......................day of......May.................................., in the year
of our Lord two thousand and ............four........

_Magistrate_

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption. If
    a separate summons is used for each defendant, each should be addressed to the particular defendant.
3.  If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

RECEIVED
U.S. ATTORNEY

04 MAY 12 PM 3: 50

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                          SUPERIOR COURT DEPARTMENT
                                      CIVIL ACTION NO.


FIRST FEDERAL SAVINGS BANK          *
OF AMERICA,                         *
                Plaintiff           *
                                    *
        vs.                         *
                                    *
TECH 2000, INC., THE UNITED         *
STATES OF AMERICA, and              *
JOHN M. KUHLMANN, EDWARD G. MELLON  *
and PETER J. DIEBEL, AS TRUSTEES    *
OF THE FIVE FIFTY-FIVE OFFICE       *
CONDOMINIUM TRUST                   *
                Defendants          *


COMPLAINT FOR INTERPLEADER

1.   The Plaintiff, First Federal Savings Bank of America (the
     "Bank"), is a banking corporation established under the laws
     of the United States of America and having a usual place of
     business at One FirstFed Park, Swansea, Bristol County,
     Massachusetts.

2.   The Defendant, Tech 2000, Inc., upon information and belief,
     is a Massachusetts corporation formerly having a principal
     place of business at 555 Pleasant Street, Suite 202,
     Attleboro, Bristol County, Massachusetts.

3.   The Defendant, The United States of America (the "United
     States") is named herein as a result of two (2) Notices of
     Federal Tax Lien filed by the Internal Revenue Service. With
     respect to the first Notice of Federal Tax Lien (serial number
     40073785), the name of the taxpayer set forth therein is "Tech
     2000, a Corporation", with a listed address of 555 Pleasant
     Street, Unit 203, Attleboro, Massachusetts 02703-2424. Said
     Notice was filed by the New England District Office of the
     Internal Revenue Service. Said Notice is dated May 31, 2000
     and was recorded at the Bristol County, Northern District,
     Registry of Deeds on June 7, 2000 in Book 8828, Page 342. (A
     copy of said Notice of Federal Tax Lien is attached hereto as
     Exhibit "A".) With respect to the second Notice of Federal Tax
     Lien (serial number 40077795), the name of the taxpayer set
     forth therein is "Tech 2000, a Corporation", with a listed
     address of 555 Pleasant Street, Unit 203, Attleboro,
     Massachusetts 02703-2424. Said Notice was filed by the New

England District Office of the Internal Revenue Service. Said Notice is dated September 12, 2000 and was recorded at the Bristol County, Northern District, Registry of Deeds on October 6, 2000 in Book 9008, Page 27. (A copy of said Notice of Federal Tax Lien is attached hereto as Exhibit "B".)

4. The Defendant, John M. Kuhlmann, is an individual, upon information and belief, having an address of 85 Highbank Road, Franklin, Norfolk County, Massachusetts, and who is, upon information and belief, a Trustee of the Five Fifty-Five Office Condominium Trust, u/d/t dated January 5, 1988 and filed in the Bristol County, Northern District, Registry of Deeds at Book 3670, Page 30.

5. The Defendant, Edward G. Mellon, is an individual, upon information and belief, having an address of 555 Pleasant Street, Attleboro, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

6. The Defendant, Peter J. Diebel, is an individual, upon information and belief, having an address of 6 King Arthur Road, North Easton, Bristol County, Massachusetts, and who is, upon information and belief, a Trustee of said Five Fifty-Five Office Condominium Trust.

7. The Plaintiff was the holder of a mortgage covering real property known as 555 Pleasant Street, Suite 202, Attleboro, Bristol County, Massachusetts (the "mortgage premises") given by the Defendant, Tech 2000, Inc., to the Plaintiff dated September 15, 1999 and recorded with the Bristol County, Northern District, Registry of Deeds, at Book 8473, Page 45.

8. The Plaintiff made entry upon the mortgaged premises and sold the same at a public auction held on March 24, 2004.

9. The Plaintiff sold the mortgaged premises to Arlington Capitol, LLC, for Seventy-Five Thousand Five Hundred ($75,500.00) Dollars, being the highest bid therefore at said auction.

10. After subtracting $46,751.15 due to the Plaintiff for amounts due for principal, interest, late charges, attorneys fees and costs of foreclosure, and after subtracting an additional sum of $23,453.92 due to the Plaintiff for amounts due for principal, interest and late charges pursuant to the Defendant, Tech 2000, Inc.'s second mortgage given to the Plaintiff, dated September 15, 1999 and recorded with the Bristol County Northern District Registry of Deeds at Book 8473, Page 59, there remained a total amount of $5,294.93.

11. The following persons and/or entities the Defendants herein,

appear of record to have an interest in the foreclosure surplus held by the Plaintiff:

a.   The Defendant, Tech 2000, Inc.;

b.   The Defendant, the United States of America, pursuant to the aforementioned Notices of Federal Tax Lien; and

c.   The Defendants, John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Condominium Trust

12.   By reason of the conflicting claims of the Defendants, the Plaintiff is in doubt as to which Defendant is entitled to be paid this $5,294.93.

WHEREFORE, the Plaintiff prays:

1.   The Defendants, and each of them be ordered to appear and prove their claims, if any, to the surplus held by the Plaintiff.

2.   That Plaintiff be permitted to pay the funds held by it, to wit, $5,294.93 less costs, expenses and attorneys fees incurred by the Plaintiff in this action, into the Court for such further order as this Honorable Court deems proper;

3.   That the rights of the Defendants named herein to the funds paid into the Court be determined by the Court;

4.   That this action be discontinued as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

5.   For such other and further relief as this Honorable Court deems meet and just.

Respectfully submitted,
The Plaintiff,
First Federal Savings
Bank of America,
By its attorneys,

WYNN & WYNN, P.C.

Kevin P. McRoy BBO#636501
90 New State Highway
Raynham, MA 02767
Tel. No. (508) 823-4567

DATED: April 30, 2004

-3-

⑧

BK   8828 PG 342
06/07/00 03:05 25274

Form 668 (Y) (c)    214
(Rev. August 1997)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| NEW ENGLAND | 40073785 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**   TECH 2000, a Corporation

**Residence**   555 PLEASANT ST UNIT 203
ATTLEBORO, MA 02703-2424

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/1997 | 04-3213113 | 11/30/1998 | 12/30/2008 | 3546.65 |
| 940 | 12/31/1996 | 04-3213113 | 03/24/1997 | 04/23/2007 | |
| 940 | 12/31/1996 | 04-3213113 | 05/03/1999 | 06/02/2009 | 2901.68 |
| 940 | 12/31/1998 | 04-3213113 | 03/01/1999 | 03/31/2009 | 8465.73 |
| 941 | 09/30/1998 | 04-3213113 | 11/30/1998 | 12/30/2008 | 2781.02 |
| 941 | 12/31/1998 | 04-3213113 | 02/22/1999 | 03/24/2009 | 1592.79 |
| 941 | 06/30/1999 | 04-3213113 | 09/20/1999 | 10/20/2009 | 30718.75 |

| Place of Filing | | |
|---|---|---|
| Registry of Deeds<br>Northern Bristol County<br>Taunton, MA 02780 | Total   $ | 50006.62 |

This notice was prepared and signed at   Boston, MA   , on this,

the   31st   day of   May     2000  .

| Signature   *[signature]*<br>for   BEVERLY DEVLIN 04-05024 | Title   Revenue Officer 04-01-3425<br>(508) 559-5222 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - Kept in Recording Office

Form 668 (Y) (c)   (Rev. 8-97)
CAT. NO 60025X

EXHIBIT
"A"

BK 9008 PG 27
10/06/00 11:48 46417

| Form 668 (Y) (c) | 495 | Department of the Treasury - Internal Revenue Service |
| (Rev. October 1999) | | **Notice of Federal Tax Lien** |

| District | Serial Number | For Optional Use by Recording Office |
| NEW ENGLAND | 46077795 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   TEEM 2000 + a Corporation

Residence   555 PLEASANT ST UNIT 263
ATTLEBORO, MA 02703-3424

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1999 | 04-3213113 | 06/12/2000 | 07/12/2010 | 2963.45 |
| 941 | 09/30/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 44067.60 |
| 941 | 12/31/1999 | 04-3213113 | 07/03/2000 | 08/02/2010 | 37074.59 |
| 941 | 03/31/2000 | 04-3213113 | 07/03/2000 | 08/02/2010 | 29554.07 |

Place of Filing

Registry of Deeds
Northern Bristol County
Taunton, MA 02780

| | Total | $ | 529.71 |

This notice was prepared and signed at Boston, MA , on this,

the 12th day of September 2000 .

| Signature | | Title |
| for Peggy A Cody IRS05024 | | Revenue Officer  04-01-3425 |
| (NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409) | | (508) 589-5222 |

PART 1 - Kept by Recording Office

Form 668 (Y) (c) (Rev. 10-99)
CAT. NO. 60025X

**EXHIBIT**
_B_

| CIVIL ACTION COVER SHEET | DO | NO.(S) | ... l Court of Massachusetts Superior Court Department County: Bristol |
|---|---|---|---|

RECEIVED

PLAINTIFF(S)

First Federal Savings Bank of America

DEFENDANT(S) Tech 2000, Inc., The United States of America, and John M. Kuhlmann, Howard G. Mellon and Peter J. Diebel, as Trustees of the Five Fifty-Five Office Condominium Trust

'04 3:50

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE   (508) 823-4567

Kevin P. McRoy, Esq., Wynn & Wynn, P.C.
90 New State Highway, Raynham, MA 02767
Board of Bar Overseers number:   636501

ATTORNEY (if known)

## Origin code and track designation

Place an x in one box only:

[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.      TYPE OF ACTION (specify)      TRACK        IS THIS A JURY CASE?

E99           Interpleader          ( X )      ( ) Yes    (X ) No

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
Subtotal $. . . . . . . . . . . .

B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$. . . . . . . . . . . .
F. Other documented items of damages (describe)
$. . . . . . . . . . . .

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$. . . . . . . . . . . .
TOTAL $. . . . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record _____   DATE: April 30, 2004

## Commonwealth of Massachusetts
### County of Bristol
### The Superior Court

MAY 03 2004

#### CIVIL DOCKET# BRCV2004-00454-C

RE:    First Federal Savings Bank of America v Tech 2000, Inc. et al


TO:    Kevin P McRoy, Esquire
       Wynn & Wynn
       90 New State Highway
       Raynham, MA 02767


#### TRACKING ORDER - X TRACK

You are hereby notified that this case is on the accelerated (X) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 07/29/2004 |
| Response to the complaint filed (also see MRCP 12) | 09/27/2004 |
| Firm trial date set | 10/27/2004 |
| Case disposed | 11/26/2004 |

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session C sitting in CtRm - Main (Taunton) at Bristol Superior Court.

Dated: 04/30/2004

Marc J. Santos
Clerk of the Courts

BY: Valerie A. Brodeur / Philip F. Leddy
Assistant Clerk

Location: CtRm - Main (Taunton)
Telephone: (508) 823-6588


Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130


Check website as to status of case: http://ma-trialcourts.org/tcic

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                SUPERIOR COURT DEPARTMENT
                                            C.A. NO. BRCV2004-00454-C


FIRST FEDERAL SAVINGS BANK OF              )
AMERICA,                                    )
                    Plaintiff,              )
                                            )
v.                                          )          REMOVED TO
                                            )        U.S. DISTRICT COURT
TECH 2000, INC.,                            )      DISTRICT OF MASSACHUSETTS
UNITED STATES OF AMERICA,                   )       CIVIL ACTION #04- 11213-WGY
JOHN M. KUHLMAN,                            )
EDWARD G. MELLON, and                       )
PETER J. DIEBEL, as Trustees of the        )
Five Fifty-Five Office Condominium Trust,   )
                                            )
                    Defendants.             )
                                            )


## CERTIFICATE OF SERVICE

I hereby certify that on this day I gave notice of the filing of the defendant, United

States of America's NOTICE OF FILING OF NOTICE OF REMOVAL by mailing copy of

same, postage prepaid, first class mail to:


Kevin P. McRoy, Esq.                    Tech 2000, Inc.
Wynn & Wynn, P.C.                       555 Pleasant Street, Suite 202
90 New State Highway                    Attleboro, MA 02703
Raynham, MA 02767

John M. Kuhlman, Trustee                Edward G. Mellon, Trustee
The Five Fifty-Five Office Condominium  The Five Fifty-Five Office Condominium
Trust                                   Trust
85 Highbank Road                        555 Pleasant Street
Franklin, MA 02038                      Attleboro, MA 02703

Peter J. Diebel, Trustee
The Five Fifty-Five Office Condominium
Trust
6 King Arthur Road
North Easton, MA 02356

BARBARA HEALY SMITH (BBO #552726)
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

DATED:   June 4, 2004



**U.S. Department of Justice**

**Tax Division**

*Please reply to:  Civil Trial Section, Northern Region*
*P.O. Box 55*
*Ben Franklin Station*
*Washington, D.C.  20044*

*Facsimile No. (202) 514-5238*
*Trial Attorney: Stephen J. Turanchik*
*Attorney's Direct Line: (202) 307-6565*

5-36-10063
CMN 2004104493                                    June 4, 2004

Marc J. Santos, Clerk
Bristol County Superior Court
9 Court Street, Room 13
Taunton, MA 02780

          Re:  First Federal Savings Bank v. Tech 2000 et al.
               <u>Civil No. BRCV2004-00454-C, Bristol Co. Sup. Court</u>

Dear Mr. Santos:

     Enclosed please find the United States' Notice of Filing a
Notice of Removal from this Court to United States District Court
for the District of Massachusetts in the above-referenced case.
In this regard, please transmit copies of all pleadings filed in
this case to:

               Barbara Healy Smith, Esq.
               Assistant United States Attorney
               U.S. Courthouse
               One Courthouse Way, Suite 9200
               Boston, MA 02210


     Please inform me if there are any charges associated with
the copying and transmission of the pleadings, and I will arrange
for payment, thereof.  If you have any questions, please do not
hesitate to contact me at (202) 307-6565.


                              Sincerely yours,

                              STEPHEN J. TURANCHIK
                                 Trial Attorney
                    Civil Trial Section, Northern Region


Enclosure

#2.



COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS SUPERIOR COURT
FILED

BRISTOL, ss    MAY 1 8 2004

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

CIVIL ACTION
No. BRCV2004-00454-C

First Federal Savings Bank
of America
    Plaintiff

vs.

John M. Kuhlmann
    Defendant

## DEFENDANT JOHN M. KUHLMANN'S ANSWER

Now comes the Defendant, John M. Kuhlmann and responds to the Plaintiff's Summons by stating the following:

Re: Par. 4.    I acknowledge that at a point in time that I did serve as a Trustee of the Five Fifty-Five Office Condominium Office Trust, however I have not been a Trustee for many years. As near as I can recall, I resigned the Trustee position in approximately 1990 or 1991 and have had no connection nor any interest in the Five-Fifty Five Office Condominium Trust nor the building described in the trust.

Par. 11c.  I hereby state that I have no interest in the foreclosure surplus held by the Plaintiff.

As to the other paragraphs within the Complaint, namely paragraphs

A True Copy By Photostatic Process
Attest:

Asst.

1.,2.,3.,5.,6.,7.,8.,9.,10.,11a,,11b., the undersigned is without sufficient
information to respond.


**DEFENDANT:**

John M. Kuhlmann
85 Highbank Rd.
Franklin, MA 02038-2573
Tel. 508-520-4688