# Wynn & Wynn, P.C.

• ATTORNEYS •

90 New State Highway
Raynham, MA 02767
(508) 823-4567
Fax (508) 822-4097
1 (800) 852-5211
http://www.wynnwynn.com

Elizabeth K. Balaschak
William E. Enright, Jr.
Thomas M. Grimmer
Richard A. Martone
Kevin P. McRoy
Robert F. Mills
Charles D. Mulcahy
John J. O'Day, Jr.
Kevin J. O'Malley
Thomas E. Pontes
Michael J. Princi
Rebecca C. Richardson
Janice E. Robbins
William Rosa*
Louis V. Sorgi, Jr.
Dina M. Terceira
Robert Venturo
John A. Walsh
Paul F. Wynn
Thomas J. Wynn

Of Counsel
Hon. Robert L. Steadman (Ret.)
Thomas A. Maddigan
Hon. James F. McGillen, II (Ret.)
Hon. James J. Nixon (Ret.)

Admitted:
*Massachusetts and Rhode Island

RECEIVED
OFFICE
2004 JUN 14 P 4:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 10, 2004

Civil Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U. S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:  First Federal Savings Bank of America
vs.  Tech 2000, Inc., et al.
No.  04CV11213WGY

Dear Sir/Madam:

Enclosed herein please find seven (7) Summonses with returns of service thereon for docketing and filing relative to the above captioned matter.

Very truly yours,

WYNN & WYNN, P.C.

Kevin P. McRoy

KPM/nar
Enclosures

Affiliate Office: Hyannis 300 Barnstable Road • Hyannis, MA 02601 • (508) 775-3665

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                    SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                CIVIL ACTION
[SEAL]                                          No. BRCV2004-00454-C

First Federal Savings Bank of America , Plaintiff(s)

v.

Tech 2000, Inc., The United States of America, and John M. Kuhlmann, Edward J. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Office Condominium Trust , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

**NOTICE TO DEFENDANT** — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

## SUMMONS

To the Above-Named Defendant: Tech 2000, Inc., c/o Martin K. Lyons, President, 11B Maple Avenue, Attleboro, MA

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 026767 ;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May , in the year of our Lord two thousand and four .

*[signature]*, Esq.
Magistrate

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.                                                                                           May 17, 2004

I hereby certify and return that on 5/14/2004 at 11:33 am I served a true and attested copy of the Summons and Complaint, Exhibit A & B, Tracking Order, CA Cover Sheet in this action in the following manner: To wit, by delivering in hand to Martin K. Lyons, agent, person in charge at the time of service for Tech 2000, Inc., 11 B Maple Avenue, Attleboro, MA 02703. Copies ($2.00), Conveyance ($4.50), Travel ($9.50), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $53.85

Deputy Sheriff Milton L. Knox, Jr.                                                         Deputy Sheriff

..........................................................., 20 .         ...........................................................

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20 .

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

........................., Plaintiff (s)

v.

........................., Defendant (s)

**SUMMONS**
(Mass. R. Civ. P. 4)

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.          SUPERIOR COURT DEPT. OF THE TRIAL COURT

CIVIL ACTION

[SEAL]          No. BRCV2004-00454-C

First Federal Savings Bank of America, Plaintiff(s)

Tech 2000, Inc., v. The United States of America and John M. Kuhlmann, Edward G. Mellon and Peter J. Dieber, as Trustees of The Five Fifty-Five Office Condominium Trust, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: Edward G. Mellon, as Trustee of The Five Fifty-Five Office Condominium Trust, 555 Pleasant St., Attleboro, MA

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C. plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767 ; an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May, in the year of our Lord two thousand and four

*[signature]*, Esq.
Magistrate

**NOTICE TO DEFENDANT** — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

May 17, 2004

I hereby certify and return that on 5/14/2004 at 11:07 am I served a true and attested copy of the Summons and Complaint, Exhibit A & B, Tracking Order, CA Cover Sheet in this action in the following manner: To wit, by delivering in hand to Edward G. Mellon, as Trustee of The Five Fifty-Five Office condominium Trust at 555 Pleasant Street Attleboro, MA 02703. Copies ($2.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $53.85

Deputy Sheriff Milton L Knox, Jr.

Dated: .................................., 20    .

**Deputy Sheriff**

N.B. TO PROCESS SERVER:—
   PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20    . |

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No. ............

............................, Plaintiff(s)

v.

............................, Defendant(s)

SUMMONS
(Mass. R. CIV. P. 4)

BRISTOL, ss.

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.   SUPERIOR COURT DEPT. OF THE TRIAL COURT
CIVIL ACTION
[SEAL]   No. BRCV2004-00454-C

First Federal Savings Bank of America
_____, Plaintiff(s)

Tech 2000, Inc., v. The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Office Condominium Trust

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: John M. Kuhlmann, as Trustee of The Five Fifty-Five Office Condominium Trust, 85 Highbank Rd., Franklin, MA

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May, in the year of our Lord two thousand and four.

_Magistrate_

**NOTICE TO DEFENDANT** — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

May 17, 2004

I hereby certify and return that on 5/11/2004 at 03:00 pm I served a true and attested copy of the summons & complaint, civil action cover sheet & tracking order in this action in the following manner: To wit, by delivering in hand to John M. Kuhlmann, as Trustee of The Five Fifty- at 85 Highbank Road Franklin, MA 02038. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($14.72) Total Charges $55.22

*Joan Geer*
Deputy Sheriff

**Deputy Sheriff Joan Geer**

Dated: ..................................., 20    .

N.B.   TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20    .

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

..........................., Plaintiff (s)

v.

..........................., Defendant (s)

SUMMONS
(Mass. R. CIV. P. 4)

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                        SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                                    CIVIL ACTION
[SEAL]                                                              No. BRCV2004-00454-C

First Federal Savings Bank of America, Plaintiff(s)

Tech 2000, Inc., v. The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diehl as Trustees of The Five Fifty-Five Office Condominium Trust, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
   PLEASE INDICATE TYPE OF ACTION INVOLVED :—
   TORT — MOTOR VEHICLE TORT — CONTRACT —
   EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: The United States of America, c/o United States Attorney, United States Courthouse, 1 Courthouse Way - Suite 9200, Boston, MA 02210

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C. plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767 ;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May, in the year of our Lord two thousand and four

*[Signature]*, Esq.
Magistrate

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........May 11,........................, 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

by mailing, by certified mail, return receipt requested (see attached green card) to The United States of America, c/o United States Attorney, United States Courthouse Suite 9200, Boston, MA 02210, which was received and signed for on behalf of the said United States of America on May 12, 2004.

Dated: ........June 7................, 2004.

Kevin P. McRoy — Attorney for the Plaintiff
BBO # 636501

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

May 12, 2002.

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No. ................

BRISTOL, ss.

..............., Plaintiff(s)

v.

..............., Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
c/o United States Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0003 6172 6759

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.   SUPERIOR COURT DEPT. OF THE TRIAL COURT
CIVIL ACTION

[SEAL]   No. BRCV 2004-00454-C

First Federal Savings Bank of America, Plaintiff(s)

Tech 2000, Inc., v. The United States of America and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five Office Condominium Trust, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: The United States of America, c/o Internal Revenue Service, Area Director, P.O. Box 9112, Stop 20800, JFK Federal Building, Boston, MA 02203

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C. plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767; an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May, in the year of our Lord two thousand and four.

Mary/Savler, Esq.
Magistrate

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .........May 11.........., 20 04 I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

by mailing by certified mail, return receipt requested (see attached green card) to The United States of America, c/o Internal Revenue Service, Area Director, P.O. Box 9112, Stop 20800, JFK Federal Building, Boston, MA 02203, which was received and signed for on behalf of said Internal Revenue Service on May 12, 2004.

Dated: .........June 7........., 20 04

*[signature]*
Kevin P. McRoy — Attorney for the Plaintiff
BBO# 636501

N.B. TO PROCESS SERVER: —
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

May 12, 2004

---

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

..........., Plaintiff(s)

v.

..........., Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
c/o Internal Revenue Service
Area Director - P.O. Box 9112
Stop 20800
JFK Federal Bldg.
Boston, MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
*[signature]*                      MAY 12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0003 6172 6766

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                           SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                       CIVIL ACTION

[SEAL]                                 No. BRCV2004-00454-C

First Federal Savings Bank of America, Plaintiff(s)

v.

Tech 2000, Inc., and John M. Kuhlmann, Edward G. Mellon and Diebel, as Trustees of The Five Fifty-Five Office Condominium Trust

The United States of America, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
  PLEASE INDICATE TYPE OF ACTION INVOLVED :—
  TORT — MOTOR VEHICLE TORT — CONTRACT —
  EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: The United States of America, c/o Office of the Attorney General, Department of Justice, Room 4545, 950 Pennsylvania Avenue, N.W., Washington, DC

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767 ;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 11th day of May, in the year of our Lord two thousand and four.

*Magistrate*

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .........May 11............., 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

by mailing by certified mail, return receipt requested (see attached green card) to The United States of America, c/o Office of the Attorney General, Department of Justice, Room 4545, 950 Pennsylvannia Avenue, N.W., Washington DC 20530-0001, which was received (as indicated by the attached Track & Confirm, from the United States Postal Service) on May 17, 2004.

Dated: .........June 7.............., 2004.

Kevin P. McRoy    Attorney for the Plaintiff
BBO# 636501

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

May 17, 2004.

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
BRISTOL, ss.    No.

............., Plaintiff(s)

v.

............., Defendant(s)

SUMMONS
(Mass. R. CIV. P. 4)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
c/o Office of the Attorney General
Department of Justice
Room 4545
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number    7002 2410 0003 6172 6742
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



# Track & Confirm

**Current Status**

You entered 7002 2410 0003 6172 6742

Your item was delivered at 4:54 am on May 17, 2004 in WASHINGTON, DC 20530.

( **Shipment Details >** )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▶ **Track & Confirm by email**   What is this?   ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                           SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                       CIVIL ACTION

[SEAL]                                 No.  BRCV2004-00454-C

First Federal Savings Bank of America , Plaintiff (s)

Tech 2000, Inc.,  v.  The United States of America, and John M. Kuhlmann, Edward G. Mellon and Peter J. Diebel, as Trustees of The Five Fifty-Five, Defendant(s) Office Condominium Trust

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: The United States of America, c/o U.S. Department of Justice, Tax Division, Ben Franklin Station, Washington, DC 20044

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 02767 ;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May , in the year of our Lord two thousand and four

_Magistrate_ (signature)

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .......... May 11 .............., 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5) :

by mailing by certified mail, return receipt requested (see attached green card) to The United States of America, c/o U. S. Department of Justice, Tax Division, Ben Franklin Station, Washington, DC 20044, which was received and signed for on behalf of U. S. Department of Justice on May 24, 2004.

Dated: .......... June 7 .............., 20 04

Kevin P. McRoy    Attorney for Plaintiff
BBO#636501

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

May 24, 20 04

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

..........., Plaintiff(s)

v.

..........., Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
c/o U.S. Department of Justice
Tax Division
Ben Franklin Station
Washington, DC  20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7002 0860 0006 9705 8705

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540