IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST FEDERAL SAVINGS BANK OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | Case No. 04-11213-WGY<br>) |
| TECH 2000, INC.<br>UNITED STATES OF AMERICA,<br>JOHN M. KUHLMAN,<br>EDWARD G. MELLON, and<br>PETER J. DIEBEL, as Trustees<br>of the Five Fifty-Five Office<br>Condominium Trust, | )<br>)<br>) Formerly<br>) Case No. BRCV2004-00454-C<br>) Bristol County Superior Ct.<br>)<br>)<br>) |
| Defendants. | ) |

### REQUEST FOR ENTRY DEFAULT OF TECH 2000, INC.

The United States of America, through undersigned counsel, hereby requests default be entered against Tech 2000, Inc. Proof of Service is attached as Exhibit A, by serving Martin K. Lyons, President of Tech 2000, Inc.

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.   SUPERIOR COURT DEPT. OF THE TRIAL COURT
               CIVIL ACTION
[SEAL]         No. BRCV2004-00454-C

First Federal Savings Bank of America _____ Plaintiff(s)

Tech 2000, Inc., The United States of America,
and John M. Kuhlmann, Edward J. Mellon and
Peter J. Diebel, as Trustees of The Five Defendant(s)
Fifty-Five Office Condominium Trust

(TO PLAINTIFF'S ATTORNEY :
   PLEASE INDICATE TYPE OF ACTION INVOLVED :—
   TORT — MOTOR VEHICLE TORT — CONTRACT —
   EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: Tech 2000, Inc., c/o Martin K. Lyons, President, 11B Maple Avenue, Attleboro, MA

You are hereby summoned and required to serve upon Kevin P. McRoy, Esquire, Wynn & Wynn, P.C.

plaintiff's attorney, whose address is 90 New State Highway, Raynham, MA 026767 ;
an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the 10th day of May , in the year of our Lord two thousand and four

*/s/ Magistrate*

GOVERNMENT'S EXHIBIT A

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

May 17, 2004

I hereby certify and return that on 5/14/2004 at 11:33 am I served a true and attested copy of the Summons and Complaint, Exhibit A & B, Tracking Order, CA Cover Sheet in this action in the following manner: To wit, by delivering in hand to Martin K. Lyons, agent, person in charge at the time of service for Tech 2000, Inc., 11 B Maple Avenue, Attleboro, MA 02703. Copies ($2.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $53.85

Deputy Sheriff Milton L Knox, Jr.

Deputy Sheriff

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20 .

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

_____, Plaintiff (s)

v.

_____, Defendant (s)

SUMMONS
(Mass. R. CIV. P. 4)

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Request for Entry of Default Against Tech 2000, Inc. has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 2nd day of August, 2004:

Kevin P. McRoy, Esq.
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767

John M. Kuhlman, Trustee
The Five Fifty-Five Office
Condominium Trust
85 Highbank Road
Franklin, MA 02038

Peter J. Diebel, Trustee
The Five Fifty-Five Office
Condominium Trust
6 King Arthur Road
North Easton, MA 02356

Tech 2000, Inc.
555 Pleasant Street, Suite 202
Attleboro, MA 02703

Edward G. Mellon, Trustee
The Five Fifty-Five Office
Condominium Trust
555 Pleasant Street
Attleboro, MA 02703

Tech 2000, Inc.
c/o Martin K. Lyons, President
11B Maple Avenue
Attleboro, MA 02703

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov