UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                  **Civil Action No: 04-11213-WGY**

**FIRST FEDERAL SAVINGS BANK OF AMERICA**
**Plaintiff**

v.

**TECH 2000, INC.**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, First Federal Savings Bank of America, Inc. for an order of Default for failure of the Defendant, Tech 2000, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 1, 2004.

                                                    **Tony Anastas,**
                                                    **Clerk**

                                                    **By:**    **/s/ Marie Bell**
                                                                   **Deputy Clerk**

Notice mailed to counsel of record and defendants.