UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-11213-WGY**

**FIRST FEDERAL SAVINGS BANK OF AMERICA**
Plaintiff

v.

**EDWARD G. MELLON**
Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, First Federal Savings Bank of America, Inc. for an order of Default for failure of the Defendant, Edward G. Mellon, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 1, 2004.

**Tony Anastas,**
**Clerk**

By:   /s/ Marie Bell
         **Deputy Clerk**

Notice mailed to counsel of record and defendants.