# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  | Civil Action |
| --- | --- |
| **FIRST FEDERAL SAVINGS** | **No: 04-11213-WGY** |
| **Plaintiff** | |
| **v.** | |
| **TECH 2000**<br>**Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

      The Court having been advised on SEPT. 8, 2004 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

_____

**Deputy Clerk**

September 8, 2004

**To: All Counsel**