IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST FEDERAL SAVINGS BANK OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TECH 2000, INC.,<br>UNITED STATES OF AMERICA,<br>JOHN M. KUHLMAN,<br>EDWARD G. MELLON, and<br>PETER J. DIEBEL, as Trustees<br>of the Five Fifty-Five Office<br>Condominium Trust,<br><br>      Defendants. | Case No. 04-11213-WGY |

## AGREED ORDER

The United States of America, and the Plaintiff, First Federal Savings Bank of America, agree that an order can be entered as follows:

1. The defendant Tech 2000, Inc. has failed to answer or otherwise respond to the Complaint. On September 1, 2004, Tech 2000, Inc. was defaulted.

2. The defendants, Edward G. Mellon, and Peter J. Diebel, Trustees of the Five Fifty-Five Office Condominium Trust have failed to answer or otherwise respond. On September 1, 2004, Edward G. Mellon as Trustee of the Five Fifty-Five Office Condominium Trust was defaulted.

3. John Kuhlman, a Trustee of the Five Fifty-Five Office Condominium Trust has disclaimed any interest in the surplus funds at issue in this case.

4. The United States is entitled to the entire surplus fund of $4,462.63 because of federal tax liens against Tech 2000, Inc.

5. Each party shall bear its own costs in this action.

For First Federal Savings Bank of America:

_____
Kevin P. McRoy, Esq. *by facsimile approval*
Wynn & Wynn
90 New State Highway
Raynham, MA 02767
(508) 823-4567

For United States of America:

_____
Stephen J. Turanchik, Esq.
U.S. Dept. of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6565

IT IS SO ORDERED.

Sept. 27, 2004
DATE

_____
Hon. William G. Young
U.S. District Court