IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FIRST FEDERAL SAVINGS BANK )
OF AMERICA, )
)
)
      Plaintiff, )
) Case No. 04-11213-WGY
vs. )
)
TECH 2000, INC., )
UNITED STATES OF AMERICA, )
JOHN M. KUHLMAN, )
EDWARD G. MELLON, and )
PETER J. DIEBEL, as Trustees )
of the Five Fifty-Five Office )
Condominium Trust, )
)
      Defendants. )

FILED CLERK'S OFFICE 2004 OCT -5 A 11:09 U.S. DISTRICT COURT DISTRICT OF MASS.

## AGREED ORDER

The United States of America, and the Plaintiff, First Federal Savings Bank of America, agree that an order can be entered as follows:

1. The defendant Tech 2000, Inc. has failed to answer or otherwise respond to the Complaint. On September 1, 2004, Tech 2000, Inc. was defaulted.

2. The defendants, Edward G. Mellon, and Peter J. Diebel, Trustees of the Five Fifty-Five Office Condominium Trust have failed to answer or otherwise respond. On September 1, 2004, Edward G. Mellon as Trustee of the Five Fifty-Five Office Condominium Trust was defaulted.

3. John Kuhlman, a Trustee of the Five Fifty-Five Office Condominium Trust has disclaimed any interest in the surplus funds at issue in this case.

4. The United States is entitled to the entire surplus fund of $4,462.63 because of federal tax liens against Tech 2000, Inc.

5. Each party shall bear its own costs in this action.

For First Federal Savings Bank of America:

/s/ Kevin P. McRoy
Kevin P. McRoy, Esq.
Wynn & Wynn
90 New State Highway
Raynham, MA 02767
(508) 823-4567
by telephone consent

For United States of America:

/s/ Stephen J. Turanchik
Stephen J. Turanchik, Esq.
U.S. Dept. of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6565

IT IS SO ORDERED.

Oct. 15, 2004
DATE

/s/ William G. Young
Hon. William G. Young
U.S. District Court

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Agreed Order has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 4th day of October, 2004:

Kevin P. McRoy, Esq.
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767

John M. Kuhlman, Trustee
The Five Fifty-Five Office
Condominium Trust
85 Highbank Road
Franklin, MA 02038

Peter J. Diebel, Trustee
The Five Fifty-Five Office
Condominium Trust
6 King Arthur Road
North Easton, MA 02356

Tech 2000, Inc.
555 Pleasant Street, Suite 202
Attleboro, MA 02703

Edward G. Mellon, Trustee
The Five Fifty-Five Office
Condominium Trust
555 Pleasant Street
Attleboro, MA 02703

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565